IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THE PREMCOR REFINING GROUP, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| vs. | ) ) | Case No. 3:17-cv-738-NJR-DGW |
| APEX OIL COMPANY, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S
### MOTION FOR LEAVE TO AMEND THE COMPLAINT

Defendants Apex Oil Company, Inc., Atlantic Richfield Company, Arco Pipeline Company, BP Products North America Inc., BP Pipelines (North America) Inc., Koch Pipeline Company, Koch Industries Inc. and Equilon Enterprises LLC d/b/a Shell Oil Products US (collectively, "Defendants")[1] submit the following as their response to Plaintiff's Motion for Leave to Amend the Complaint (Doc. No. 123).

Defendants believe the proposed First Amended Complaint is flawed in a number of respects. However, since this litigation is at an early stage, Defendants believe the most appropriate means of addressing those defects is filing motions to dismiss and/or responsive pleadings after Plaintiff's proposed new pleading has been filed. Accordingly, Defendants do not oppose the motion for leave to amend.

---

[1] The parties enumerated above comprise all of the defendants named in the proposed First Amended Complaint. Plaintiff's original Complaint additionally named as defendants Buckeye Partners LLC, Buckeye Pipe Line Company, Marathon Pipe Line LLC and Sinclair Oil Corporation. Although no action has been taken, pursuant to Fed. R. Civ. P. 21 or otherwise, to drop or dismiss those parties from this case, no mention is made of them in the proposed First Amended Complaint. Nor does Plaintiff address the omission of those parties in its Motion for Leave to Amend the Complaint.

Respectfully submitted,

SPENCER FANE LLP

 /s/ Gerald P. Greiman
Gerald P. Greiman, #6325044
Eric D. Block, #6315217
1 N. Brentwood Boulevard, Suite 1000
St. Louis, MO 63105
(314) 863-7733
(314) 862-4656 Facsimile
ggreiman@spencerfane.com
eblock @spencerfane.com

*Attorneys for Defendants BP Products North America, Inc., BP Pipelines (North America), Inc., Atlantic Richfield Company and ARCO Pipeline Company*

**PARTIES JOINING BY CONSENT**

| **THOMPSON COBURN, LLP** | **GREENSFELDER, HEMKER & GALE, P.C.** |
|---|---|
| /s/ Peter S. Strassner (w/consent) | /s/ Erika N. Reynolds (w/consent) |
| Peter S. Strassner, # 06192578 | Erika N. Reynolds |
| pstrassner@thompsoncoburn.com | ereynolds@greensfelder.com |
| Paul T. Sonderegger, # 6276829 | Shannon L. Haney |
| psonderegger@thompsoncoburn.com | slh@greensfelder.com |
| Sara L. Chamberlain, # 06305606 | 10 S. Broadway, Suite 2000 |
| schamberlain@thompsoncoburn.com | St. Louis, MO 63102 |
| One U.S. Bank Plaza | (314) 241-9090 |
| St. Louis, MO 63101 | (314) 241-8624 (Fax) |
| 314-552-6000 | |
| 314-552-7000 (Fax) | *Attorneys for Defendant Equilon Enterprises LLC d/b/a Shell Oil Products US* |
| *Attorneys for Defendants Koch Indus., Inc. and Koch Pipeline Company, L.P.* | |

**JENNER & BLOCK LLP**

_____/s/ Gabrielle Sigel (w/consent)_____
Gabrielle Sigel (admitted *pro hac vice*)
gsigel@jenner.com
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
(312) 527-0484 (Fax)

*Attorneys for Defendant Apex Oil Company, Inc.*

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of August, 2018, a true and correct copy of the forgoing document was electronically filed with the Clerk of the Court, to be served by operation of the Court's electronic notification system upon all attorneys of record.

_____/s/ Gerald P. Greiman_____