UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THE PREMCOR REFINING GROUP INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cv-738 |
| | ) | |
| APEX OIL COMPANY, INC., ATLANTIC RICHFIELD COMPANY, ARCO PIPELINE COMPANY, BP PRODUCTS NORTH AMERICA INC., BP PIPELINES (NORTH AMERICA) INC., BUCKEYE PARTNERS LLC, BUCKEYE PIPE LINE COMPANY, KOCH PIPELINE COMPANY, KOCH INDUSTRIES INC., MARATHON PIPE LINE LLC, SHELL OIL PRODUCTS US, EQUILON ENTERPRISES, LLC, SINCLAIR OIL CORPORATION. | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## THIRD JOINT STATUS UPDATE

COMES NOW Plaintiff, The Premcor Refining Group Inc. ("Premcor") and Defendant, Equilon Enterprises, LLC d/b/a Shell Oil Products US ("Equilon") (collectively, the "Parties") and file the following joint status update:

1. On August 30, 2018, Premcor filed a First Amended Complaint (ECF Doc. #130), the operative pleading, against multiple defendants, including Equilon.

2. Thereafter, the Parties engaged in settlement discussions and notified the Court on February 12, 2019 (ECF Doc. #168) they had reached a settlement in principle.

3. On February 14, 2019, the Court acknowledged receipt of the Parties' (ECF Doc. #170) Notice of Settlement and noted the Parties should file a motion for voluntary dismissal by May 15, 2019.

4. Since filing the Notice of Settlement (ECF Doc. #168), the Parties have finalized the terms of the settlement through a terms sheet and continue the process of finalizing settlement documents.

5. The Parties have exchanged and commented on a draft settlement agreement and have engaged the State of Illinois who is also reviewing the draft settlement agreement and will be a signatory to the final agreement.

6. The Parties are continuing to review and finalize the settlement agreement and need additional time to complete this process. To this end, the Parties request the Court grant an additional time, up to and including Friday, January 10, 2020, to continue this process, finalize the settlement agreement, and file a notice of entry of the settlement agreement with the Court.

7. This request is in the interest of justice, will not cause undue delay or any delay to parties remaining in the case, reduce the number of issues and defendants before this Court, and will finally resolve Premcor's claims against Equilon alleged in this litigation.

Accordingly, Premcor and Equilon respectfully request the Court accept this Joint Status Update and grant the Parties up to and including January 10, 2020 to finalize the settlement documents and file the related documents.

Dated: October 10, 2019

By: /s/ Erika Anderson (with consent)

| **DOWD BENNETT, LLP** | **GOLDENBERG, HELLER & ANTOGNOLI P.C.** |
|---|---|
| James F. Bennett | Mark C. Goldenberg |
| jbennett@dowdbennett.com | mark@ghalaw.com |
| Erika Anderson | Ann Callis |
| eanderson@dowdbennett.com | acallis@ghalaw.com |
| Jeffrey R. Hoops | 2227 South State Route 157 |
| jhoops@dowdbennett.com | Edwardsville, IL 62025 |
| 7733 Forsyth Blvd. Suite 1900 | 618.650.7102 (T) |
| St. Louis, Missouri 63105 | 618.656.6230 (F) |
| 314.889.7300 (T) | |
| 314.863.2111 (F) | |

*Attorneys for Plaintiff, The Premcor Refining Group*


By:/s/ Erika N. Reynolds

**GREENSFELDER, HEMKER & GALE, P.C.**
Gregory C. Mollett
gcm@greensfelder.com
Erika N. Reynolds
ereynolds@greensfelder.com
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
314.241.9090 (T)
314.345.4792 (F)

*Attorneys for Defendant, Equilon Enterprises LLC
d/b/a Shell Oil Products US*

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on this 10th day of October 2019, a true and correct copy of the foregoing was filed with the Clerk of Court to be served on all counsel of record by operation of the Court's electronic filing system.

                  /s/ Erika N. Reynolds